1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Connell W. Gregory

7

8
                   **UNITED STATES DISTRICT COURT**
9
                   **CENTRAL DISTRICT OF CALIFORNIA**
10

11  CONNELL W. GREGORY,            ) Case No.: CV 11-09601 CW
                                   )
12         Plaintiff,              ) {PROPOSED} ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                         ) ATTORNEY FEES AND EXPENSES
                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,             ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,) U.S.C. § 1920
15                                 )
           Defendant               )
16                                 )
                                   )
17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that fees and expenses in the amount of $3,750.00 as

21  authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22  28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23  DATE:    November 20, 2012

24                         _____/s/_____
                           THE HONORABLE CARLA WOEHRLE
25                         UNITED STATES MAGISTRATE JUDGE

26

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Lawrence D. Rohlfing*
_____
4 | Lawrence D. Rohlfing
Attorney for plaintiff Connell W. Gregory

-2-