1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Connell W. Gregory

7

8
                   **UNITED STATES DISTRICT COURT**
9
                   **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | CONNELL W. GREGORY,              ) Case No.: CV 11-09601 CW
                                     )
12 |       Plaintiff,                 ) {PROPOSED} ORDER AWARDING
                                     ) EQUAL ACCESS TO JUSTICE ACT
13 |    vs.                           ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,               ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security, ) U.S.C. § 1920
15 |                                  )
   |       Defendant                  )
16 |                                  )
   |_____ )
17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20        IT IS ORDERED that fees and expenses in the amount of $3,750.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23 DATE:    November 20, 2012

24                              _____/s/_____
                                THE HONORABLE CARLA WOEHRLE
25                              UNITED STATES MAGISTRATE JUDGE

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Lawrence D. Rohlfing*
   _____
4  Lawrence D. Rohlfing
   Attorney for plaintiff Connell W. Gregory

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26